UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Filed Under Seal**

UNITED STATES OF AMERICA
v.
MOUSTAFA HABIB KASSEM

WARRANT FOR ARREST

09-cr-744-6

CASE NUMBER: ~~09-M-1904-M-6~~

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MOUSTAFA HABIB KASSEM

and bring him or her forthwith to the nearest magistrate judge to answer a

*C Complaint

charging him with (brief description of offense)

From in or about January 2008 through and including in or about November 2009, MOUSSA ALI HAMDAN, HAMZE EL-NAJJAR, a/k/a "Hamze Al-Najjar," MOUSTAFA HABIB KASSEM, and LATIF KAMEL HAZIME, a/k/a "Adanan," conspired to transport stolen goods, in violation of Title 18, United States Code, Section 371.

From in or about January 2008 through and including in or about November 2009, MOUSSA ALI HAMDAN, HAMZE EL-NAJJAR, a/k/a "Hamze Al-Najjar," MOUSTAFA HABIB KASSEM, ALAA ALLI AHMED MOHAMED, a/k/a "Alaa Ahmed Mohamed Abouelnagaa," MAODO KANE, and MICHAEL KATZ conspired to traffic in counterfeit goods, in violation of Title 18, United States Code, Section 371.

In violation of Title 18, United States Code, Section 371.

| Honorable TIMOTHY R. RICE | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Timothy R. Rice | November 20, 2009; Philadelphia, PA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Staten Island, NY

| DATE RECEIVED 11-20-09 | NAME AND TITLE OF ARRESTING OFFICER Samuel Smemo, Jr. Supervisory Special Agent, FBI | SIGNATURE OF ARRESTING OFFICER FBI |
|---|---|---|
| DATE OF ARREST 11-24-09 | | |

NBWinter/SAMiller Authorizing