IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

USA vs. Moustafa Kassem

CIVIL/CRIMINAL ACTION NO. 09CV744-6

## MOTION

requesting copy of Judgment for renewal of green card, and drivers licence.

PRINTED NAME: Moustafa Kassem
ADDRESSS: 12 Florance ave cresskill NJ 07626
SIGNATURE: [signed]
DATE: 12-1-2021

03/2019